(85 South. 881)

McCURDY et al. v. BROCK.    (6 Div. 755.)

(Court of Appeals of Alabama. June 1; 1920.)

APPEAL AND ERROR ☞1126—DELAY OF MORE THAN YEAR TO PERFECT APPEAL AUTHORIZED MOTION TO AFFIRM ON CERTIFICATE.

Where appeal was taken on April 17, 1919, and filed in Court of Appeals on May 13, 1919, and nothing further was done to perfect appeal, motion made in June, 1920, to affirm on certificate will be granted; full compliance with Supreme Court rule 32 (Code 1907, p. 1514) being shown.

Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge.

Action by Olivia Brock by next friend against Mark T. McCurdy and others. Judgment for plaintiff, and defendants appeal. Affirmed on motion for affirmance on certificate.

H. L. Martin, of Birmingham, for appellants.

James Barton, of Birmingham, for appellee.

BRICKEN, P. J. Appellee, by her next friend, recovered judgment against appellant for $300 on February 27, 1919. On April 17, 1919, the appellant (defendant in the court below) took an appeal from this judgment to this court, the cause being filed here on May 13, 1919. The case is still here upon certificate, and nothing further has been done to perfect the appeal.

Appellee now makes motion for an affirmance on certificate, and the cause is submitted on that motion.

A full compliance with Supreme Court rule 32'(Code 1907, p. 1514) is shown; therefore, the motion is well taken, and the judgment of the lower court is affirmed.

Affirmed.